AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
**June 13, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States of America
v.

KEENAN FISHER

*Defendant(s)*

Case No.   2:22-MJ-114

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12, 2022__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Vern Wilson, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 13, 2022

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:22-MJ-114

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Vernon J. Wilson, being duly sworn, depose and state:

1. I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I was employed for thirty-one years (31) with the Amarillo Police Department. I am currently employed with the 47th District Attorney's Office for (6) years, and eleven (11) months.

2. As part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in numerous investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

3. This affidavit is made in support of a complaint and arrest warrant for Keenan Renard FISHER. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4. On June 12, 2022. Amarillo Police Department K-9 Officer Eric Skaggs and Officer Skaggs's canine were working criminal interdiction at the Greyhound bus maintenance barn located at 400 S. Monroe, Amarillo, TX. APD Officer Skaggs conducted a free air sniff of the luggage compartment of a Greyhound bus. The Canine alerted to the odor of narcotics emitting from a black and tan "it Luggage" bag. Affixed to the luggage bag was a luggage tag with the name of K Fisher and a phone number of 559-352-0145. During the search of the bag, Officer Skaggs located a black "Tight Vac" air tight storage container. Officer Skaggs located two plastic baggies containing numerous blue M-30 pills inside of the container.

5. Officer Skaggs determined that a passenger identified as Keenan Fisher was a passenger on the bus. Officer Skaggs notified DEA Amarillo RO of the situation. TFO'S Vern Wilson, Josh Sharber, SA'S Chris Brown and John Carson responded to the Greyhound Bus Station located at 700 S. Tyler to conduct surveillance. SA Brown and TFO Wilson arrived at the bus station at approximately 3:35 pm. At approximately 3:48 pm, the bus arrived from the maintenance barn to the bus station. As the bus driver checked the tickets of the passengers boarding the bus, the driver greeted a B/M who was

dressed in a grey shirt and dark pants later identified as FISHER. SA Brown and TFO Wilson approached FISHER.

6. Fisher was *Mirandized* and interviewed. FISHER admitted to ownership of the "it Luggage" bag and the M-30 pills. FISHER later admitted that FISHER had 2,000 M-30 pills.

7. SA John Carson weighed the two bags of M-30 pills. The two bags of M-30 pills weighed 218.8 gross grams. SA Carson conducted a field-test on one of the pills. The test was positive for fentanyl. Based on his training and experience, TFO Wilson believes that the total amount of suspected narcotics is consistent with the distribution of narcotics, rather than mere possession.

_____
Vernon J. Wilson
DEA Task Force Officer

Sworn to before me, and subscribed in my presence

____June 13, 2022____   at   ____Amarillo, Texas____
Date                          City and State

**Lee Ann Reno, U.S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

_____
Josh Frausto
Assistant United States Attorney

Page **2 of 2**